| | |
|---|---|
| 1 | Steven Lawrence – Bar #150861<br>ALVARADO & ASSOCIATES, LLP |
| 2 | 1 Mac Arthur Place, Suite 210 |
| 3 | Santa Ana, CA 92707<br>(714) 327-4400/ Fax No. (714) 327-4499<br>157-47420-2 |
| 4 | |
| 5 | |
| 6 | Attorneys for CHASE HOME FINANCE, LLC |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 10-48620 |
| | ) | |
| JULIETA ALDANESE RABE, | ) | (Chapter 13) |
| | ) | **REQUEST FOR SPECIAL NOTICE** |
| Debtors. | ) | |
| | ) | Date:<br>Time: (No hearing required)<br>Place: |

**TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

Request is hereby made by **CHASE HOME FINANCE, LLC**, that its attorney, Steven Lawrence of ALVARADO & ASSOCIATES, LLP located at 1 Mac Arthur Place, Suite 210, Santa Ana CA 92707, receive notice of all pleadings, papers, notices, applications, amendments, orders and all other matters in the above-referenced proceedings.

Dated: August 11, 2010

ALVARADO & ASSOCIATES, LLP

By /S/ Steven Lawrence
Steven Lawrence
Attorney for CHASE HOME FINANCE, LLC