**LAW OFFICES OF BRADFORD HODACH**
BRADFORD HODACH SBN 257011
1212 Broadway #706
Oakland, CA 94612
510-444-7250

Attorney for Debtor
JULIETA RABE

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re                                               CASE NO. 10-48620 JN-13

JULIETA RABE,
                                                    CHAPTER 13
        DEBTOR.

_____/   CERTIFICATE OF SERVICE BY MAIL

       I, BRADFORD HODACH, declare that:

       I am employed in the County of Alameda, State of California. I am over the age of 18 and am not a party to the within action; my business address is 1212 Broadway #706, Oakland, CA 94612.

       On the date stated below, I served the within:

       1.   **NOTICE OF MOTION AND OPPORTUNITY FOR HEARING**
       2.   **MOTION TO VALUE COLLATERAL AND AVOID LIEN OF CREDITOR CHASE a.k.a. JPMORGAN CHASE & CO. or JPMORGAN CHASE BANK, N.A. or CHASE HOME FINANCE LLC (SUCCESSOR IN INTEREST TO WMC MORTGAGE CORP.) ON REAL PROPERTY**
       3.   **EXHIBITS A THROUGH D**
       4.   **DECLARATION OF BRADFORD HODACH IN SUPPORT THEREOF**
       5.   **DECLARATION OF JULIETA RABE IN SUPPORT THEREOF**

on the interested parties in this action by placing true and correct copies thereof enclosed in a sealed envelope with First Class postage prepaid, and by Certified Mail where noted, in the United States Mail at Oakland, California, addressed as follows:

       SEE ATTACHED SERVICE LIST

| | |
|---|---|
| 1 |     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.    Executed on 10/11/2010, at Oakland, California |
| 2 | |
| 3 |                                     /s/ Bradford Hodach |
| 4 |                                     BRADFORD HODACH |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on 10/11/2010, at Oakland, California

/s/ Bradford Hodach
BRADFORD HODACH

SERVICE LIST

MARTHA G. BRONITSKY
CHAPTER 13 TRUSTEE
P.O. BOX 5004
HAYWARD, CA 94540-5004

CHASE c/o
LCS FINANCIAL SERVICES CORPORATION
Agent for Service of Process:
REGISTERED AGENT SOLUTIONS, INC.
1220 S ST STE 150
SACRAMENTO CA 95811
[VIA BOTH CERTIFIED MAIL AND FIRST CLASS MAIL]

CHASE c/o LCS Financial Services
Attn: officer, managing or general agent,
or to any agent authorized to receive service of process
6782 S. Potomace St., #100
Centennial, CO 80112
[VIA BOTH CERTIFIED MAIL AND FIRST CLASS MAIL]

CHASE c/o
LCS FINANCIAL SERVICES CORPORATION
Attn: officer, managing or general agent,
or to any agent authorized to receive service of process
6560 GREENWOOD PLAZA BLVD #375
ENGLEWOOD CO 80111
[VIA BOTH CERTIFIED MAIL AND FIRST CLASS MAIL]

JPMORGAN CHASE & CO.
Attn: officer, managing or general agent,
or to any agent authorized to receive service of process
270 PARK AVE
NEW YORK NY 10017

Jamie Dimon, CEO of
JPMORGAN CHASE & CO.
270 PARK AVE
NEW YORK NY 10017

JPMORGAN CHASE BANK, N.A.
Attn: officer, managing or general agent,
or to any agent authorized to receive service of process
1111 Polaris Parkway
Columbus, Ohio 43240
[VIA BOTH CERTIFIED MAIL AND FIRST CLASS MAIL]

JPMORGAN CHASE BANK, N.A.
Agent for Service of Process:
C T CORPORATION SYSTEM
818 W 7TH ST
LOS ANGELES CA 90017
[VIA BOTH CERTIFIED MAIL AND FIRST CLASS MAIL]

Jamie Dimon, CEO of
JPMORGAN CHASE BANK, N.A.
1111 Polaris Parkway
Columbus, Ohio 43240
[VIA BOTH CERTIFIED MAIL AND FIRST CLASS MAIL]

CHASE HOME FINANCE LLC
Attn: officer, managing or general agent,
or to any agent authorized to receive service of process
194 WOOD AVE S
ISELIN NJ 08830

Glenn J. Mouridy, President of
CHASE HOME FINANCE LLC
194 WOOD AVE S
ISELIN NJ 08830

Chase Home Finance
Attn: officer, managing or general agent,
or to any agent authorized to receive service of process
3401 Morse Crossing
Columbus, OH 43219

CHASE HOME FINANCE LLC
Agent for Service of Process:
C T CORPORATION SYSTEM
818 W 7TH ST
LOS ANGELES CA 90017

WMC Mortgage Corp.
Attn: officer, managing or general agent,
or to any agent authorized to receive service of process
3100 Thornton Avenue
Burbank, CA 91504

WMC Mortgage Corp.
Attn: officer, managing or general agent,
or to any agent authorized to receive service of process
6320 Canoga Avenue 10th Floor
Woodland Hills, CA 91367

WMC Mortgage Corp.
Attn: officer, managing or general agent,
or to any agent authorized to receive service of process
P.O. Box 54089
Los Angeles, CA 90054-0089

Westwood Associates
Attn: officer, managing or general agent,
or to any agent authorized to receive service of process
3100 THORNTON AVE.
BURBANK CA 91504

| | |
|---|---|
| 1 | |
| 2 | MERS<br>Mortgage Electronic Registration Systems, Inc.<br>Attn: officer, managing or general agent, |
| 3 | or to any agent authorized to receive service of process<br>P.O. Box 2026 |
| 4 | Flint, MI 48501-2026 |
| 5 | Mortgage Electronic Registration Systems, Inc.<br>Attn: officer, managing or general agent, |
| 6 | or to any agent authorized to receive service of process<br>1818 LIBRARY ST STE 300 |
| 7 | RESTON VA 20190 |
| 8 | Mortgage Electronic Registration Systems, Inc.<br>Agent for Service of Process: |
| 9 | GENPACT REGISTERED AGENT, INC.<br>15420 LAGUNA CYN RD STE 100 |
| 10 | IRVINE CA 92618 |
| 11 | JULIETA RABE<br>825 Oak Grove Road, Unit #1 |
| 12 | Concord, CA 94518 |
| 13 | SPECIAL NOTICE |
| 14 | Chase Home Finance, LLC<br>c/o Steven Lawrence, Esq. |
| 15 | Alvarado and Associates, LLP<br>1 MacArthur Place, Suite 210 |
| 16 | Santa Ana, CA 92707 |
| 17 | Attn: Ramesh Singh<br>Capital Recovery IV LLC |
| 18 | c/o Recovery Management Systems Corp.<br>25 SE 2nd Avenue, Suite 1120 |
| 19 | Miami, FL 33131-1605 |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |